| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey |
| Albert Russo, Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ  08650<br>609-587-6888<br>By:  Albert Russo (AR-2924) |
| In re:<br><br>DONALD E. MEYER<br>KATHLEEN M. MEYER<br>Debtors |

Chapter 13 Case No. 08-27506 / MBK

Judge: Michael B. Kaplan

## NOTICE OF RESERVE ON CLAIM

Creditor:             ONEWEST BANK FSB
Trustee Claim #       10
Claimed Amount:       $500.00
Court Claim #:        ORDER
Date Claim Filed:     05/19/2010

Please be advised that a reserve has been placed on the above named claim for the following reason(s):

· The creditor has returned payments without explanation and has not responded to the Trustee's inquiries.

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED:  1/11/2013                                                                                /s/   Albert Russo
                                                                                                 Albert Russo
                                                                                                 Standing Chapter 13 Trustee

Notices to:

Debtor(s):              DONALD E. MEYER & KATHLEEN M. MEYER via Regular Mail
Attorney for Debtor(s): LINDA S REINHEIMER ESQ via CM/ECF
Creditor:               ONEWEST BANK FSB via Regular Mail